**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE: CHAPTER 7

**Alexandra Overcash Gammons,** **CASE NO. 26-01114-5-PWM**

Debtor.

# RULE 2016 DISCLOSURE

NOW COMES the undersigned and hereby makes disclosure pursuant to Bankruptcy Rule 2016 that the following amounts were received by Stevens Martin Vaughn & Tadych, PLLC on the following dates for services rendered in contemplation or connection with the above-captioned case:

| Date | Amount | Source | Account into which Deposited |
|---|---|---|---|
| 11/17/2026 | $1,900.00 | Alexandra Gammons | Operating Account |
| 11/18/2026 | $516.00 | Alexandra Gammons | Operating Account |

Respectfully submitted, this the 19th day of November, 2026.

**STEVENS MARTIN VAUGHN & TADYCH, PLLC**

/s/ William P. Janvier
William P. Janvier, N.C.S.B. 21136
2225 W. Millbrook Rd.
Raleigh, NC 27612
Telephone: (919) 582-2300
Email: wjanvier@smvt.com